1 | **ERIC H. SCHWEITZER #179776**
**ANNIE L. DAVIDIAN #252644**
2 | **REAL LAWYERS AT AFFORDABLE PRICES™**
3 | 2333 MERCED STREET
FRESNO, CA 93721
4 | PHONE (559) 441-0441
FAX (559) 233-6947

Attorney for Defendant: **BRIAN KAMLADE**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: 1:08 MJ 00278 DLB** |
| Plaintiff, | |
| vs. | **WAIVER OF APPEARANCE AND ORDER** |
| **BRIAN KAMLADE,** | |
| Defendant. | |

I, BRIAN KAMLADE, Defendant herein waive my right to personal appearance at all hearings, save and except trial and any other appearances that may be deemed necessary.

DATED: December 2, 2008.

/S/ BRIAN KAMLADE
BRIAN KAMLADE, Defendant.

\*\*\*\*\*\*\*\*\*\*

**O  R  D  E  R**

    Good cause appearing,

    **IT IS HEREBY ORDERED** that Defendant, BRIAN KAMLADE, is hereby excused from appearing, except as otherwise ordered by the Court.

    IT IS SO ORDERED.

    Dated: __February 18, 2009__       __/s/ Dennis L. Beck__
                                                                UNITED STATES MAGISTRATE JUDGE