BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
MISDEMEANOR UNIT
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:08-mj-00278-DLB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE MOTION HEARING, VACATE TRIAL DATE  AND [PROPOSED] ORDER THEREON |
| BRIAN KAMLADE, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the motion hearing currently set for **March 4, 2010** be continued to **May 25, 2010 at 9:00 a.m.**  The parties need additional time for investigation, preparation, and briefing.

The parties further request that the March 16, 2010 trial date be vacated and that the trial be reset at a future date.

Dated: March 2, 2010                                       BENJAMIN B. WAGNER
                                                                            United States Attorney


                                                                            By: /s/ Laurel J. Montoya
                                                                            LAUREL J. MONTOYA
                                                                            Assistant U.S. Attorney


Dated: March 2, 2010                                        /s/ Eric Schweitzer
                                                                            ERIC SCHWEITZER
                                                                            Attorney for the Defendant

1

1
2
3
4      <u>ORDER CONTINUING HEARING DATE AND VACATING TRIAL DATE</u>
5   IT IS SO ORDERED.
6      **Dated:**   **March 3, 2010**            /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28